BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
1083 Mission St., Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff, MICHAEL HERRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERRERA,<br><br>           Plaintiff,<br><br>vs.<br><br>NEFF RENTAL, LLC; NEFF HOLDINGS, LLC; and, WAYZATA INVESTMENT PARTNERS,<br><br>           Defendants. | Case No.: Civ- 14-2295<br><br>COMPLAINT AT LAW FOR DAMAGES [33 U.S.C. § 905(b)]<br><br>DEMAND FOR JURY TRIAL |

Plaintiff, MICHAEL HERRERA ["Plaintiff"], complains against Defendants named herein and alleges as follows:

JURISDICTION

1. This Court has jurisdiction pursuant to 33 U.S.C. § 905(b) and general maritime law.

INTRADISTRICT STATEMENT

2. The incidents alleged here occurred with in this district. Plaintiff is a resident of the State of California.

///

///

///

COMPLAINT AT LAW FOR DAMAGES [33 U.S.C. §905(b)]; DEMAND FOR JURY TRIAL      Case No.

1

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

FIRST CAUSE OF ACTION
FOR NEGLIGENCE
(Against All Defendants)

3.  Defendant NEFF RENTAL, LLC, and Defendant NEFF HOLDINGS, LLC are limited liability corporations organized under the laws of a state other than California. WAYZATA INVESTMENT PARTNERS is a business entity form unknown. (Hereinafter, collectively referred to as "Defendants".) Upon information and belief, the headquarters of Defendant NEFF RENTAL, LLC is located in Miami, Florida and has locations in Northern California. Upon information and belief, Defendant NEFF HOLDINGS, LLC, is the parent company of NEFF RENTAL, LLC and its headquarters is located in Miami, Florida. Upon information and belief, Defendant WAYZATA INVESTMENT PARTNERS has an ownership interest in NEFF RENTAL, LLC and its headquarters is located in Minnesota.

4.  Plaintiff is a longshore worker. On or about August 20, 2013, Plaintiff was employed by Ports America, a stevedoring company. Acting the course and scope of his employment, Plaintiff was operating a payloader in the cargo hold of a vessel docked at C&H Sugar Company in Crockett, California.

5.  Prior to August 20, 2013 and on that date Defendants were the owners of a payloader which was leased to or otherwise provided to Port America for use by longshore workers.

6.  On or about August 20, 2013, during the ordinary and proper use of the payloader, Plaintiff was suddenly sprayed in his face and body by highly pressurized hot fluid. Upon information and belied this fluid was hydraulic fluid from a leak or a hole in a hose on the payloader. This highly pressurized hot hydraulic fluid engulfed Plaintiff including getting into his eyes, mouth, and nose and saturating his clothing. As a result, of being sprayed with the hydraulic fluid, Plaintiff was suffered personal injuries.

BIRNBERG &
ASSOCIATES

1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

COMPLAINT AT LAW FOR DAMAGES [33 U.S.C. §905(b)]; DEMAND FOR JURY TRIAL        Case No.

2

7. In an effort to extricate himself from the continuous spray of fluid, Plaintiff got off the payloader to make his way to the exit and seek assistance. As he was attempting to get a safe distance from the spewing liquid, Plaintiff slipped and fell. As a result, of his fall, Plaintiff suffered additional personal injuries, including fractures to his left foot, ankle, and leg.

8. Plaintiff's co-workers and emergency personnel extracted Plaintiff from the cargo hold of the vessel and Plaintiff was transported to the hospital. Plaintiff underwent medical treatment for his personal injuries.

9. Defendants negligently leased equipment, including the payloader, to the stevedore company, Ports America, that was unsafe and/or improperly maintained knowing that it would be used by longshore workers employed by Ports America.

10. Defendants negligently and carelessly maintained the payloader leased by Defendants and used by Plaintiff.

11. As a direct and proximate result of Defendants' negligence, including negligent failure to maintain the equipment used by Plaintiff, Plaintiff suffered physical injuries. As a further direct and proximate result of Defendants' negligence, Plaintiff incurred medical and related expenses in an amount according to proof.

12. As a direct and proximate result of Defendants' negligence, Plaintiff was unable to work and has suffered, and will suffer, loss of earnings in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages in a sum within the jurisdiction of this court;

2. For loss of earnings, past and future, according to proof;

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

COMPLAINT AT LAW FOR DAMAGES [33 U.S.C. §905(b)]; DEMAND FOR JURY TRIAL     Case No.

    3. For medical expenses incurred and to be incurred;

    4. For costs of suit herein incurred;

    5. For such other and further relief as the Court may deem proper.

Dated: May 18,2014                       BIRNBERG & ASSOCIATES

                                         By: /s/Cory Birnberg
                                              Cory A. Birnberg
                                              Attorneys for Plaintiff
                                              MICHAEL HERERRA

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this matter.

Dated: May 18,2014                       BIRNBERG & ASSOCIATES

                                         By: /s/Cory Birnberg
                                              Cory A. Birnberg
                                              Attorneys for Plaintiff
                                              MICHAEL HERERRA

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001