UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEFF RENTAL, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 14-cv-02295-SI<br><br>**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE**<br><br>Re: Dkt. No. 22 |

Ports Insurance Company, Inc., has filed an unopposed motion pursuant to Federal Rule of Civil Procedure 24, seeking to intervene in this maritime personal injury action. The motion is scheduled for a hearing on November 21, 2014. Pursuant to Civil Local Rule 7-1(b), the Court VACATES the hearing and GRANTS the motion.

**IT IS SO ORDERED**.

Dated: October 29, 2014

SUSAN ILLSTON
United States District Judge