IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERRERA,<br><br>       Plaintiff,<br><br>   v.<br><br>NEFF RENTAL LLC ET AL,<br><br>       Defendant.<br>_____/ | No. C 14-02295 SI<br><br>**PRETRIAL PREPARATION ORDER** |

   It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 20, 2015  at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 31, 2015.

DESIGNATION OF EXPERTS: 6/5/15; REBUTTAL: 6/15/15.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 7/10/15.

DISPOSITIVE MOTIONS **SHALL** be filed by July 24, 2015;

     Opp. Due August 7, 2015;  Reply Due August 14, 2015;

     and set for hearing no later than August 28, 2105 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 14, 2015 at 3:30 PM.

JURY TRIAL DATE: October 26, 2015 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall inform the Court of whether they will request a magistrate or will participate in private mediation in April 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  11/24/14

_____
SUSAN ILLSTON
United States District Judge