IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HERRERA,　　　　　　　　　　　No. C 14-02295 SI

　　　　　Plaintiff,　　　　　　　　　　　　**SECOND
　　　　　　　　　　　　　　　　　　　　　PRETRIAL PREPARATION ORDER**

　　v.

NEFF RENTAL LLC ET AL,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　／

　　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: N/A　at　3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 28, 2015.

DESIGNATION OF EXPERTS: 9/4/15; REBUTTAL: 9/14/15.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 9, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by October 30, 3015;

　　　Opp. Due November 13, 2015;  Reply Due November 20, 2015;

　　　and set for hearing no later than December 4, 2015 2105 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 9, 2016 at 3:30 PM.

JURY TRIAL DATE: February 22, 2016 at 8:30 AM.,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　5/18/15

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge