UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>NEFF RENTAL, LLC, *et al.*,<br><br>    Defendants. | Case No. 14-cv-02295-SI<br><br>**AMENDMENT TO ORDER GRANTING THIRD-PARTY PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 55 |

The further Case Management Conference is set for October 30, 2015 at 3:00 p.m., not October 16, 2015.

**IT IS SO ORDERED**.

Dated: September 29, 2015

_____
SUSAN ILLSTON
United States District Judge