1  **BIRNBERG & ASSOCIATES**
   CORY A. BIRNBERG (SBN 105468)
2  1083 Mission Street Third Floor
   San Francisco, California 94103
3  Telephone Number: (415) 398-1040
   Facsimile Number: (415) 398-2001
4  Email: birnberg@birnberg.com

5  Attorneys for Plaintiff
   MICHAEL HERRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERRERA, | Case No.  Civ- 14-2295 SI |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DISCLOSURES |
| NEFF RENTAL, LLC., | |
| Defendant, | |
| and | |
| PORTS INSURANCE COMPANY, INC., | |
| Intervening Plaintiff. | |
| NEFF RENTAL, LLC., | |
| Third-Party Plaintiff, | |
| vs. | |
| MARINE TERMINALS CORPORATION, d.b.a. PORTS AMERICA, | |
| Third-Party Defendant. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DISCLOSURES

1                                                                   Case No.  Civ-14-2295 SI

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

WHEREAS, the last day to exchange expert witness reports, by counsel agreement, was October 9, 2015 and last day to exchange rebuttal expert witness reports was October 26, 2015;

WHEREAS, the parties' and their experts have been engaged in negotiations regarding additional testing; and,

WHEREAS, the parties' have scheduled a private mediation for November 17, 2015 and a settlement conference with Magistrate Judge Laurel Beeler previously set for December 3, 2015 and now vacated;

The parties, by and through their counsel of record, have agreed and therefore stipulate to request that the:

Last Day to Designate and Exchange Expert Reports be November 30, 2015;

Last Day to Designate and Exchange Rebuttal Expert Reports be December 18, 2015; and

Expert Witness Discovery Cutoff be January 18, 2015.

Respectfully submitted.

Dated:  November 6, 2015          BIRNBERG & ASSOCIATES

                                  By:     /s/ Cory A. Birnberg
                                          Cory A. Birnberg
                                  Attorneys for Plaintiff, MICHAEL HERRERA

Dated: November 6, 2015           GIBSON ROBB & LINDH

                                  By:     /s/ Jennifer Tomlin Sanchez
                                          Jennifer Tomlin Sanchez
                                  Attorneys for Defendant & Third-Party Plaintiff,
                                          NEFF RENTAL, LLC

(next page)

BIRNBERG & ASSOCIATES
1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DISCLOSURES
2                                          Case No.   Civ-14-2295 SI

| | |
|---|---|
| Dated: November 6, 2015 | COX, WOOTTON, LERNER, ET AL. |
| | By:  /s/ Max L. Kelley |
| | Max L. Kelley |
| | Attorneys for Intervening Plaintiff & |
| | Third-Party Defendant, PORTS INSURANCE CO., |
| | and MARINE TERMINALS CORP., d.b.a. PORTS AMERICA |

[PROPOSED] ORDER

**APPROVED AND SO ORDERED.**

Dated: November  6 , 2015

By: ___[signature: Susan Illston]___
The Honorable Susan Illston
United States District Court Judge
Northern District of California

BIRNBERG &
ASSOCIATES

1083 MISSION STREET
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DISCLOSURES
3                                                     Case No.  Civ-14-2295 SI